UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Christy D. O'Neal, et al.,                                              Case No. 3:19-cv-280

        Plaintiff

v.                                                                                      JUDGMENT ENTRY

Denn-Ohio, LLC,

        Defendant

For the reasons stated in the Memorandum Opinion and Order filed contemporaneously, Plaintiffs' motion for leave to amend the complaint, (Doc. No. 21), is granted. Denn-Ohio's motion to dismiss counts one and two of Plaintiffs' complaint, (Doc. No. 7), is denied.

So Ordered.

                                                                                  s/ Jeffrey J. Helmick
                                                                                  United States District Judge