# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| CHRISTIE D. O'NEAL, *et al.*, | ) CASE NO.  3:19 CV 00280 |
| *Plaintiffs,* | ) JUDGE JEFFREY J. HELMICK |
| v. | ) |
| DENN-OHIO, LLC, *et al.* | ) **ORDER GRANTING JOINT MOTION FOR APPROVAL OF CONFIDENTIAL SETTLEMENT AND FOR DISMISSAL WITH PREJUDICE** |
| *Defendants.* | ) |

Pending before the Court is the Joint Motion for Approval of Confidential Settlement and for Dismissal With Prejudice.  Having found the Motion well-founded, it is hereby ordered and adjudged as follows:

This Court hereby accepts and approves the proposed settlement and holds that proposed settlement submitted by the parties is a fair and reasonable settlement of a bona fide dispute over the provisions of the Fair Labor Standards Act.

The above case is hereby dismissed, with prejudice, each party to bear its own attorneys' fees and costs.

This Court shall retain jurisdiction to enforce the parties' settlement agreement.

ORDERED this 17th day of September 2021.


                                        s/ Jeffrey J. Helmick_____
                                        JUDGE JEFFREY J. HELMICK

00636682-1